# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00059-CR

### Ex parte Timothy Jamal White

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Timothy Jamal White, acting *pro se*, has filed a document requesting a "writ of prohibition." White asserts that he is being improperly incarcerated without bond on a theft charge.

We have determined that the document filed by White is an original application for a writ of habeas corpus. *See In re Chavez*, No. 01-16-00183-CR, 2016 WL 1267804, at *1 (Tex. App.—Houston [1st Dist.] Mar. 31, 2016, orig. proceeding) (per curiam) (mem. op., not designated for publication) ("[I]t is the substance of a document, rather than its title, that governs."). The courts of appeals, however, have no original habeas-corpus jurisdiction in criminal matters. *Ex parte Braswell*, 630 S.W.3d 600, 601 (Tex. App.—Waco 2021, orig. proceeding). Accordingly, this proceeding is dismissed for want of jurisdiction.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  March 13, 2025

Before Chief Justice Johnson,
       Justice Smith, and
       Justice Harris
Dismissed
Do not publish
[OT06]

